# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GOMEZ, an individual, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>GREIF PACKAGING LLC, etc., et al.,<br><br>      Defendants. | CV 21-2431 DSF (JEMx)<br><br>Order to Show Cause re Dismissal for Lack of Prosecution and Failure to Follow Court Orders and Inadequacy of Counsel |

      Despite having been admonished at the August 29, 2022 pretrial conference for failing to submit either pretrial documents or any other documents establishing that this case was being prosecuted properly, plaintiff's counsel have once again failed to comply with this Court's deadlines. At the pretrial conference, plaintiff's counsel represented that the case had been settled and that a memorandum of understanding was immediately forthcoming. The Court then instructed that a motion for preliminary approval should be set to be heard on December 5, 2022 at 1:30 p.m. To be timely, the motion should have been filed at least 28 days prior to that date pursuant to the Local Rules and this Court's requirements. No motion has yet been filed. In addition, counsel's repeated failure to comply with the Court's

orders is cause for significant concern about counsel's adequacy in this case.

Plaintiff's counsel are therefore ordered to show cause in writing no later than December 12, 2022 why they should not be found to be inadequate and why this Court should not dismiss this case for failure to prosecute. A hearing on the Order To Show Cause is set for December 19, 2022 at 1:30 p.m. Failure to submit a written response or to appear at the hearing will result in dismissal. Plaintiff's counsel should also address why monetary sanctions should not be imposed for failure to comply with this Court's orders.

IT IS SO ORDERED.

Date: December 1, 2022

Dale S. Fischer
United States District Judge