UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 21-02431 DSF (JEMx) | Date | April 17, 2023 |
| Title | Manuel Gomez v. Greif Packaging, LLC | | |

Present: The Honorable  DALE S. FISCHER, United States District Judge

| Holidae Crawford | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Ophir Jacob Bitton | Michael J. Ball (via Zoom) |

**Proceedings:**   MOTION HEARING [41] (Non-Evidentiary – Held and Completed)

    The matter is called and counsel state their appearances.  The Court questions counsel as stated in court and on the record on above motion and invites counsel to present their oral arguments.  Oral arguments by counsel are heard.

    Plaintiff's counsel is ordered to clarify/amend language in the settlement agreement and make corrections/changes to the notice documents as stated on the record. Counsel is also ordered to file an Amended Motion for Preliminary Approval of Class Action Settlement and Proposed Order.